**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CHICAGO CUBS BASEBALL CLUB, LLC,<br><br>Plaintiff,<br><br>v.<br><br>AIDAN DUNICAN, an individual; and ROOFTOP BY THE FIREHOUSE, INC. d/b/a WRIGLEY VIEW ROOFTOP,<br><br>Defendants. | ) | Case No. 24-cv-05086<br><br>Honorable Sharon Johnson Coleman |

**PLAINTIFF CHICAGO CUBS BASEBALL CLUB, LLC'S**
**MOTION FOR SUMMARY JUDGMENT AND A PERMANENT INJUNCTION**

Pursuant to Federal Rule of Civil Procedure 56, Plaintiff Chicago Cubs Baseball Club, LLC respectfully moves for summary judgment and for entry of a permanent injunction. The grounds for this motion are set forth in the accompanying memorandum of law, statement of material facts, and exhibits.

Dated: September 15, 2025

*/s/ Martin L. Roth, P.C.*
Martin L. Roth, P.C.
Kent Hayden
Nadia Abramson
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: martin.roth@kirkland.com
kent.hayden@kirkland.com
nadia.abramson@kirkland.com

*Attorneys for Plaintiff Chicago Cubs Baseball Club, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was filed with the Clerk of Court using the CM/ECF system, which will effect electronic service on all parties and attorneys registered to receive notifications via the CM/ECF system.

*/s/ Martin L. Roth, P.C.*
Martin L. Roth, P.C.