**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CHICAGO CUBS BASEBALL CLUB, LLC, )<br><br>Plaintiff, )<br><br>v. )<br><br>AIDAN DUNICAN, an individual; and )<br>ROOFTOP BY THE FIREHOUSE, INC. d/b/a )<br>WRIGLEY VIEW ROOFTOP, )<br><br>Defendants. ) | Case No. 24-cv-05086<br><br>Honorable Sharon Johnson Coleman |

**PLAINTIFF CHICAGO CUBS BASEBALL CLUB, LLC'S
RULE 56.1 STATEMENT OF MATERIAL FACTS IN SUPPORT OF THEIR
<u>MOTION FOR SUMMARY JUDGMENT</u>**

**FILED UNDER SEAL**