**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CHICAGO CUBS BASEBALL CLUB, LLC,<br><br>Plaintiff,<br><br>v.<br><br>AIDAN DUNICAN, an individual; and ROOFTOP BY THE FIREHOUSE, INC. d/b/a WRIGLEY VIEW ROOFTOP,<br><br>Defendants. | ) | Case No. 24-cv-05086<br><br>Honorable Sharon Johnson Coleman<br>Magistrate Judge Heather K. McShain |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Defendants, Aidan Dunican and Rooftop By the Firehouse, Inc. (collectively, "Defendants"), pursuant to Federal Rule of Civil Procedure 56, respectfully move for summary judgment on Plaintiff, Chicago Cubs Baseball Club, LLC's claims in its Complaint. The grounds for this motion are set forth in the accompanying memorandum of law, statement of material facts, and exhibits thereto.

Dated: June 30, 2026

Respectfully submitted,

*/s/Matthew De Preter*
Matthew De Preter
Gary P. Hollander
ARONBERG GOLDGEHN DAVIS & GARMISA
225 W. Washington St. Suite 2800
Chicago, IL 60606
P: 312-828-9600
cdepreter@agdglaw.com
ghollander@agdglaw.com

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 30, 2026 a true and correct copies of the foregoing was filed electronically with the Clerk of the Court through the Court's CM/ECF System, which will provide electronic notification of such filing to all attorneys of record.

*/s/ Matthew De Preter*

One of the Attorneys for Defendants