**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CHICAGO CUBS BASEBALL CLUB, LLC,<br><br>Plaintiff,<br><br>v.<br><br>AIDAN DUNICAN, an individual; and ROOFTOP BY THE FIREHOUSE, INC. d/b/a WRIGLEY VIEW ROOFTOP,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 24-cv-05086<br><br>Honorable Sharon Johnson Coleman<br>Magistrate Judge Heather K. McShain |

**MOTION FOR ENTRY OF A SEPARATE INJUNCTION ORDER**

NOW COME, Aidan Dunican and Rooftop by the Firehouse ("Defendants") and respectfully request entry of a separate order pursuant to Rule 65(d)(1)(C) and state as follows:

This Court entered its summary judgment order that included the entry of a permanent injunction on September 30, 2026. Dkt. 191.

Defendants filed their Notice of Appeal on October 12, 2026. Dkt. 193.

On October 13, 2026, the Court of Appeals entered an Order stating "A preliminary review of the short record suggests that the district court granted an injunction but has not complied with Rule 65(d)(1)(C) of the Federal Rules of Civil Procedure…" and requesting the parties to advise whether they would request that the district court enter such an order. Ex. A.

On October 16, 2026, Defendants filed their Statement advising the Court of Appeals that they would to ask this Court to enter such an order under Rule 65(d)(1)(C). Ex B.

WHEREFORE Defendants hereby respectfully request that this Court enter a separate injunction order consistent with Rule 65(d)(1)(C) of the Federal Rule of Civil Procedure. Defendants bring this Motion without waiving their objections to entry of the permanent injunction or the form and substance thereof.

Dated: October 16, 2026

Respectfully submitted,

*/s/Matthew De Preter*
Matthew De Preter
Gary P. Hollander
ARONBERG GOLDGEHN DAVIS & GARMISA
225 W. Washington St. Suite 2800
Chicago, IL 60606
P: 312-828-9600
cdepreter@agdglaw.com
ghollander@agdglaw.com

*Attorneys for Defendants*