**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CHICAGO CUBS BASEBALL CLUB, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>AIDAN DUNICAN, an individual; and ROOFTOP BY THE FIREHOUSE, INC. d/b/a WRIGLEY VIEW ROOFTOP,<br><br>*Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 24-cv-05086<br><br>Honorable Sharon Johnson Coleman |

**ORDER GRANTING PERMANENT INJUNCTION**

WHEREAS, on June 18, 2024, Plaintiff Chicago Cubs Baseball Club, LLC brought this action against Aidian Dunican and Rooftop by the Firehouse, Inc., d/b/a Wrigley View Rooftop;

WHEREAS, on September 30, 2026, the Court issued a Memorandum Opinion and Order granting in part and denying in part the Parties' motions for summary judgment and granting Plaintiff's motion for a permanent injunction. Dkt. 191.

WHEREAS, the Court finds that Plaintiff has suffered irreparable injury for which no adequate remedy is available at law; that the balance of hardships imposed by an injunction favors Plaintiff; and that an injunction against Defendants promotes the public interest.

**NOW, THEREFORE, IT IS HEREBY ORDRED, ADJUDGED AND DECREED** that, absent Plaintiff's express written consent:

1. Defendants Aidan Dunican, Rooftop by the Firehouse, Inc, d/b/a Wrigley View Rooftop, their officers, agents, servants, employees, and attorneys, and all other persons in active concert or participation with Defendants who receive actual notice of the order by personal service or otherwise are **PERMANENTLY ENJOINED** from using the Plaintiff's Marks (including Cubs logos and trade names) so as to indicate association,

endorsement, or approval from Plaintiff. Plaintiff's Marks shall be defined to include the following federally registered trademarks: "CHICAGO CUBS" (U.S. Registration 1548675), the Cubs logo (U.S. Registration 869838), and "CUBS" (U.S. Registration 3231136).

2. Defendants Aidan Dunican, Rooftop by the Firehouse, Inc, d/b/a Wrigley View Rooftop, their officers, agents, servants, employees, and attorneys, and all other persons in active concert or participation with Defendants who receive actual notice of the order by personal service or otherwise are **PERMANENTLY ENJOINED** from selling tickets to view Cubs games and live events at Wrigley Field.

The Court retains jurisdiction of this matter for the purposes of enforcing the terms of this permanent injunction.

The permanent injunction shall remain in full force and effect unless and until modified by order of this court.

SO ORDERED.

Dated: November 9, 2026

Hon. Sharon Johnson Coleman
United States District Judge